# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLOTTE L. DYE, ) ) ) Plaintiff, ) ) v. ) ) JOANNE B. BARNHART, Commissioner of the ) Social Security Administration, ) ) Defendant. ) | Case No. 04-CV-538-PJC |

## ORDER

This case is hereby reversed and remanded in accordance with the Tenth Circuit Court of Appeals' ORDER AND JUDGMENT dated May 9, 2006 and filed in this Court on July 6, 2006.

IT IS SO ORDERED, this 17th day of July, 2006.

Paul J. Cleary
United States Magistrate Judge